IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4687

TRUSTMARK NATIONAL
BANK,

     Appellant,

v.

CLASSIC INVESTMENTS OF
FLORIDA MAGNOLIA, LLC
A/K/A CLASSIC
INVESTMENTS OF FLORIDA
MAGNOLIA, L.L.C., PETER
ABT, MICHAEL G. KENT,
CHARLES K. McEACHERN,
AND JOHN RITENOUR,

     Appellees.

_____/

Opinion filed April 21, 2016.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Stephen A. Pitre and Robert J. Powell of Clark, Partington, et al., Pensacola, for
Appellant.

D. Michael Chesser and Tara A. Hagan of Chesser & Barr, P.A., Shalimar, for
Appellees.


PER CURIAM.

     AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.